## JOHN McDONELL *versus* REGINALD JAMES

JOURNAL ENTRIES (1816–17): *Journal 2:* (1) Recognizance *p. 501; (2) continued *p. 510; (3) plea of not guilty *p. 531; (4) jury impaneled, nonsuit, judgment *p. 532.

PAPERS IN FILE: (1) Precipe for capias; (2) affidavit for special bail; (3) capias and return; (4) declaration, plea of not guilty; (5) precipe for subpoena duces tecum; (6) subpoena duces tecum; (7) precipe for subpoena; (8–10) subpoenas.